1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  THOMAS KANE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  NO. 1:08-cr-00385 AWI
                                       )
12               Plaintiff,            )  APPLICATION FOR ORDER EXONERATING
                                       )  BOND AND FOR RETURN OF CASH BOND;
13      v.                             )  [PROPOSED] ORDER
                                       )
14  THOMAS KANE,                       )
                                       )
15               Defendant.            )  Judge: Hon. Anthony W. Ishii
                                       )
16  _____)

17

18      Defendant Thomas Kane hereby moves this court for an order to exonerate the bond and return the

19  cash bond posted in the above-captioned case.

20      On November 5, 2008, Mr. Kane made an intial appearance before this court in the above-

21  referenced matter. A detention hearing was held on that date and defendant was ordered released from

22  custody under the supervision of Pretrial Services and a $2,500 cash bond. (Dkt. #3) The $2,500 cash

23  bond was posted on November 6, 2008, Receipt #CAE100004984 by Mr. Kane's mother, Nancy Kane.

24  (Unnumbered Dkt. Entry 11/6/08, and Order Setting Conditions of Release, Dkt. Entry 5)

25      On July 24, 2009, a Pretrial Release Violation Petition was filed by Pretrial Services. (Dkt. #20)

26  At hearing July 27, 2009, Mr. Kane was remanded into custody of the U.S. Marshal Service on the

27  violation petition. (Dkt. #22) On August 3, 2009, Mr. Kane was sentenced to a term of 12 months plus

28  onc day in custody in the above-referenced proceedings, and remains in custody at the Fresno County

1  Detention Facility awaiting transfer to custody of the Bureau of Prisons for service of his term of

2  incarceration. (Dkt. #23)

3      As all conditions required by this court in this matter have been met and Mr. Kane is in custody as

4  required by order entered August 3, 2009 (Dkt. #23) and Judgment and Commitment filed August 6, 2009

5  (Dkt. #24), he requests that the court exonerate the bond in this matter and that the cash bond of $2,500

6  posted November 6, 2008, be returned to Nancy Kane at the address previously provided to the court.

7      DATED: August 7, 2009

8                                     DANIEL J. BRODERICK
                                    Federal Public Defender

9

10                                     /s/ Marc Days
                                   MARC DAYS

11                                     Assistant Federal Defender
                                   Attorneys for Defendant

12                                     THOMAS KANE

13

14

15

16                              [PROPOSED] ORDER

17      **IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and cash

18  bond be reconveyed to Nancy Kane.

19      DATED: August _11_, 2009

20

21

22                            ANTHONY W. ISHII, Chief Judge
                          United States District Court

23

24

25

26

27

28